UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Phillip Gallant</u>

        v.                                          Case No. 11-cv-206-LM

<u>Genuine Parts Co./Division Napa, et al.</u>

## O R D E R

Pursuant to Fed. R. Civ. P. 4(e)(1) and RSA 510:9, the plaintiff's motion for service by publication (doc. no. 9) is GRANTED. The plaintiff shall publish a copy of Attachment A once each week for three successive weeks in a newspaper of general circulation in the State of New Hampshire, the last publication being not less than twenty one days (21) before October 15, 2011. The plaintiff shall file an affidavit of service, attaching a copy of the published notice, which indicates compliance with this order on or before October 1, 2011.

       SO ORDERED.


Date: August 12, 2011                             /s/ Daniel J. Lynch
                                                               Daniel J. Lynch
                                                               U.S. Magistrate Judge


cc:     Counsel of Record

## ATTACHMENT A

## NOTICE BY PUBLICATION

Case No. 11-cv-00206-LM
Phillip Gallant v. Frederick Alvarez, et al.

The above-captioned civil action is now pending against Frederick Alvarez in the United States District Court for the District of New Hampshire. A copy of the complaint filed in that action may be examined by interested parties at the courthouse or on-line via PACER. Frederick Alvarez or an attorney representing him must file an answer to the complaint in the United States District Court for the District of New Hampshire on or before October 15, 2011, the failure of which will result in a default being entered against Frederick Alvarez.

PER ORDER OF THE COURT
James R. Starr, Clerk
United States District Court
District of New Hampshire
55 Pleasant Street, Rm. 110
Concord, NH 03301